IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL STEVEN GUZMAN DIAZ, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | No. 3:25-CV-3008-X-BN |
| | § | |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security, et al., | § § § | |
| | § | |
| *Respondents*. | § | |

# JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is **ORDERED**, **ADJUDGED**, and **DECREED** that the habeas corpus petition under 28 U.S.C. § 2241 is **DENIED** and this case is **DISMISSED WITHOUT PREJUDICE**.

The clerk of the court is **DIRECTED** to close this case.

**IT IS SO ORDERED** this 5th day of February, 2026.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1